*ORDER*

PER CURIAM.

Stefanie Lynn Burger (Appellant) appeals from the trial court's Judgment upholding the Director of the Department of Revenue's (Director) denial of Appellant's driving privileges for five years, pursuant to Section 302.060.1(10) [1].

We have reviewed the briefs of the parties and the record on appeal and find the claims of error to be without merit. An extended opinion would have no jurisprudential or precedential value. We have, however, provided a memorandum opinion for the use of the parties setting forth the reasons for our decision. We affirm the trial court's judgment pursuant to Rule 84.16(b).

Shaun J. Mackelprang and Karen L. Kramer, Jefferson City, MO, for respondent.

Before Division Two: THOMAS H. NEWTON, Presiding Judge, CYNTHIA L. MARTIN, Judge and GARY D. WITT, Judge.

**ORDER**

PER CURIAM:

Broderick Flowers appeals his conviction after a jury trial in the Circuit Court of Jackson County for murder in the second degree and armed criminal action, sections 565.021 and 571.015.[1] We affirm. Rule 30.25(b). A memorandum setting forth the reasons for this order has been provided to the parties.

**STATE of Missouri, Respondent,**

**v.**

**Broderick D. FLOWERS, Appellant.**

**No. WD 71768.**

Missouri Court of Appeals,
Western District.

Oct. 4, 2011.

Susan L. Hogan, Kansas City, MO, for appellant.

**Penney EVANS, Appellant,**

**v.**

**STATE of Missouri, Respondent.**

**No. WD 72937.**

Missouri Court of Appeals,
Western District.

Oct. 4, 2011.

1. All statutory references are to RSMo Cum. Supp.2009, unless otherwise noted.

1. All statutory citations are to RSMo 2000, as updated through the 2008 cumulative supplement unless otherwise indicated.